IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STRIKE 3 HOLDINGS, LLC,**<br>    Plaintiff, | **CIVIL ACTION** |
| v. | |
| **JOHN DOE subscriber assigned IP address 71.175.82.240,**<br>    Defendant. | **NO.  22-348** |

### O R D E R

**AND NOW**, this 4th day of November 2022, upon consideration of Plaintiff's Motion for Discovery Seeking an Order directing Pennsylvania DOT to Release Defendant's address information, (ECF No. 19), it is hereby **ORDERED** that Plaintiff's Motion is **DENIED**.  It is further Ordered that the Hearing on Plaintiff's Motion for Default Judgment against Defendant, scheduled for **Tuesday, November 15, 2022, at 12:00 p.m**. in Courtroom 10 A is hereby **CANCELLED**.

                                                                BY THE COURT:

                                                                /s/Wendy Beetlestone, J.
                                                                _____
                                                                **WENDY BEETLESTONE, J.**